**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MILLENIUM INVESTMENT GROUP, LLC, | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | **No. 2023-CV-3199** |
| v. | : | |
| | : | |
| HARNISH PATEL | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Millenium Investment

Group, LLC hereby gives notice of voluntary dismissal of this action without prejudice.

Date: June 25, 2023        */s/ Stanley B. Cheiken*
                            STANLEY B. CHEIKEN, ESQUIRE
                            1709 Langhorne-Newtown Road
                            Suite 6
                            Langhorne, PA 19047
                            (856) 486-2110
                            *Attorney for Plaintiff*

SO ORDERED:
s/ Zahid N. Quraishi, U.S.D.J.
Dated: 7/20/2023